**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SHARLENE BARNETT** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00149-KGB**

**COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date by the Court, it is hereby considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Sharlene Barnett's complaint is dismissed with prejudice (Dkt. No. 2). The relief requested is denied.

It is so adjudged this 22nd day of September, 2026.

Kristine G. Baker
Chief United States District Judge